# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148827

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EARL DEWAYNE DAVIS,
      Defendant-Appellant.

SC: 148827
COA: 319401
Oakland CC: 2012-240157-FH

_____/

     On order of the Court, the application for leave to appeal the January 14, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



s0616

Clerk